# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Alan Lehr, | No. CV-19-01127-PHX-DLR |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the **Honorable Susan M. Brnovich**. All future pleadings and papers submitted for filing shall bear the following complete case number: **CV-19-cv-01127-PHX-SMB**.

Pending: Petitioner's Motion to Appoint Counsel Doc. 2.

Dated this 26th day of February, 2019.

Douglas L. Rayes
United States District Judge