# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Scott Alan Lehr,<br><br>          Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>          Respondents. | No. CV-19-01127-PHX-DWL<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u> |

Pending before the Court is counsel for Petitioner Scott Lehr's Motion to Withdraw and Substitute Counsel. (Doc. 14.) For good cause shown,

**IT IS ORDERED** granting the motion to withdraw and terminating the representation of Jon M. Sands, Federal Public Defender for the District of Arizona, and Assistant Federal Public Defenders Dale A. Baich, Emma L. Smith and Amanda C. Bass.

**IT IS FURTHER ORDERED** appointing Deborah Williams, Federal Public Defender for the Southern District of Ohio, to represent Petitioner in these proceedings. The Federal Public Defender for the Southern District of Ohio is authorized to designate an Assistant Federal Public Defender to handle the case.

**IT IS FURTHER ORDERED** that the designated Assistant Federal Public Defender(s) shall file a notice of appearance with the Court within ten (10) days from receipt of this Order.

**IT IS FURTHER ORDERED** lifting the stay on the joint report and case management conference. (Doc. 12.)

**IT IS FURTHER ORDERED** that no later than July 19, 2019, the parties meet and confer and file with the Court a joint report addressing the statute of limitations, a proposed briefing schedule, and any other matter that may affect the filing of the Petition or efficient resolution of this matter.

**IT IS FURTHER ORDERED** setting a case management conference for **July 29, 2019, at 4:00 p.m.** At the conference the Court will set firm deadlines for the filing of the Petition, responsive pleadings, requests for evidentiary development, and any other pleadings the Court deems necessary.

Dated this 18th day of June, 2019.

Dominic W. Lanza
United States District Judge